IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Scott B. Sullivan _____ )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
                                               )
vs.                                            )    Case Number 2:22-cv-02045-EFM-TJJ
                                               )
University of Kansas Hospital Authority, et )
Name                                           )
3901 Rainbow Blvd                              )
Street and number                             )
Kansas City, KS 66160                          )
City          State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

      A.    Name of plaintiff Scott B. Sullivan _____

            Address 7214 W 71st Terrace _____

            Overland Park, KS 66204 _____

            _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.      Defendant University of Kansas Hospital Authority                              is

employed at  a Kansas corporation that can be served at

3901 Rainbow Blvd Kansas City, KS 66160

C.      Additional Defendants Michelle Safford

8218 N Revere Ct, Kansas City, Clay County, Missouri 64151-1066

Kansas City, MO


II.     Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.      Plaintiff is a citizen of the State of _____Kansas_____.

2.      The first-named defendant above is either

a.  a citizen of the State of _____; or

b.  a corporation incorporated under the laws of the State of _____Kansas_____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.


3. The second-named defendant above is either

a.  a citizen of the State of _____Missouri_____; or

b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.


(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.      (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑  1.      This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title__42__, Section _12101_.

☑  2.      This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑  3.      Other grounds (specify and state any statute which gives rise to such grounds):

Personal injury and property damage, Americans

ith Disabilities Act, Civil RIghts Acts $1981 et. seq

Racketeering Influenced Corrupt Organizations A

Kansas Consumer Protection Act, Rule 54(c) et.Al

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I am seeking relief from the judgments of the District Court and the Tenth Circuit

Court of Appeals in the previously filed cases due to discovery of new evidence,

fraud upon the court, error and excusable neglect, omission from prior judgment

of requests under Rule 11 for new law, and supplemental acts after judgment

Rule 60(b)(1), 60(b)2), 60(b)(3), 60(b)(4), 60(b)(6), 60(d)(1), 60(d)(3) plus

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

Seeking relief from the prior judgments of the District Court and Tenth Circuit,

remand for further proceedings, appointment of counsel under the ADA and secti

1915, declaratory and injunctive relief, protective orders, leave to supplement

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒      No ☐

VI.     Do you claim actual damages for the acts alleged in your complaint?
        Yes ☒      No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒   No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I am claiming damages and civil penalties in excess of $75,000.

I have been deprived of medical care for more than ten years through the

deceptive, unconscionable and illegal actions of the defendants. I suffer sympto

matic Tarlov Cysts, herniated discs, and newly diagnosed cardiac and mental

health conditions caused by the defendants. I have been disabled, unemployabl

since 2012. I have been disenfranchised from all health care for all conditions...

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B.      If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.      If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I have requested Medical Malpractice panels, which may be a prerequi

site to the adjudication of the state, federal and damages claims. The

complexity of the legal issues has prevented me from obtaining counsel...

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☑        This cause, or a substantially equivalent complaint, was previously filed in this court as case number  see attachment   and assigned to the Honorable Judge  Julie Robinson                .

☐        Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Scott B. Sullivan
_____
Name (Print or Type)

7214 W 71st Terrace
_____
Address

Overland Park, KS 66204
_____
City              State          Zip Code

(913) 636-8271
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City , or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No  }
(Select One)

_____
Signature of Plaintiff

Dated: _01/31/2022_
   (Rev. 10/15)